IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

26

| | | |
|---|---|---|
| DAVID M. DREXLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:07cv274 |
| | ) | |
| INLAND MANAGEMENT | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CONSENT ORDER

Plaintiff, David M. Drexler, by counsel, and Defendants Inland Management Corporation and VA Timberline, LLC, by counsel, having resolved all of Drexler's actual or potential claims pursuant to a Settlement Agreement and Release of Claims, including but not limited to any claims under the Age Discrimination in Employment Act and/or Fair Labor Standards Act and the bond posted in the Circuit Court for the County of Isle of Wight, ask the Court to dismiss this matter, with prejudice.

Accordingly, the Court, having considered Plaintiff's claims, including but not limited to any claims pursuant to the Age Discrimination in Employment Act and the Fair Labor Standards Act and Bond #K07640377 given by National Land Partners, LLC and VA Timberline, LLC as principals and Westchester Fire Insurance Company as surety, in recognition of the parties' settlement of this matter, ADJUDGES, ORDERS and DECREES that this matter is dismissed, with prejudice, and that Bond #K07640377 be RELEASED, each party to be responsible for its own attorneys fees and costs.

It is so ORDERED.

ENTERED:

Date: 11/26/07

/s/ Jerome B. Friedman
Jerome B. Friedman
United States District Judge

WE ASK FOR THIS:

Scott W. Kezman, Esq. (VSB No. 36831)
Marc E. Darnell (VSB No. 74062)
Kaufman & Canoles, P.C.
150 West Main Street
Norfolk, Virginia 23510
Telephone: (757) 624-3008
Facsimile: (757) 624-3169
Email: swkezman@kaufcan.com
medarnell@kaufcan.com
*Counsel for Defendants Inland Management Corporation and VA Timberline, LLC*

Douglas E. Miller, Esq. (VSB No. 38591)
James H. Shoemaker, Jr., Esq. (VSB No. 33148)
Patten, Wornom, Hatten & Diamonstein, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Telephone: (757) 223-4500
Facsimile: (757) 249-1627
E-mail: dmiller@pwhd.com
jshoemaker@pwhd.com
*Counsel for Plaintiff David M. Drexler*

::ODMA\PCDOCS\DOCSNFK\1288135\2